AO 451 (Rev. 12/12) Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | |
|---|---|
| DAN-BUNKERING (AMERICA) INC.<br>*Plaintiff*<br>v.<br>ICHOR OIL, LLC, et al<br>*Defendant* | )<br>)<br>) Civil Action No. 3:20-CV-3341<br>)<br>) |

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* **05/05/2021**.

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date: 08/25/2021

CLERK OF COURT

*Donna Rohmfeld*
Signature of Clerk or Deputy Clerk

Case 3:20-cv-03341-S-BT   Document 37   Filed 05/05/21   Page 1 of 1   PageID 127

# United States District Court
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| DAN-BUNKERING (AMERICA) INC., | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:20-CV-3341-S-BT |
| | § | |
| ICHOR OIL, LLC, et al., | § | |

### DEFAULT JUDGMENT AGAINST GARNISHEE B & G FUTURES INC.

The Court has entered its Order in this case accepting the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Therefore, **IT IS ORDERED** that Plaintiff's Request for Default Judgment Against Garnishee B & G Futures Inc. [ECF No. 28] is **GRANTED**. The Court enters judgment against B & G Futures Inc., and in favor of Dan-Bunkering (America) Inc., in the amount of $350,000. All relief not expressly granted is **DENIED**.

**SO ORDERED.**

SIGNED May 5, 2021.

*[signature]*

**UNITED STATES DISTRICT JUDGE**

1

Certified a true copy of an instrument on file in my office on August 25, 2021
Clerk, U.S. District Court,
Northern District of Texas
By [signature] Donna Rohmfield, Deputy