IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
Gainesville Division

| | |
|---|---|
| Dan-Bunkering (America) Inc., § § Plaintiff, § § vs. § § IChor Oil, LLC, et al., § § Defendant and Garnishees. § | CIVIL ACTION NO.: 1:21-mc-95 |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 11.1(C) of the Local Rules of the United States District Court for the Northern District of Florida, I, J. Stephen Simms, hereby move this Court for an Order for admission to appear *Pro Hac Vice* as counsel for Plaintiff Dan-Bunkering (America) Inc.

I am a principal with the law firm Simms Showers LLP, 201 International Circle, Suite 230, Baltimore, Maryland 21030, phone 410-783-5795, facsimile 410-510-1789, e-mail jssimms@simmsshowers.com.

I am in good standing of the bar of the state of Maryland. My current good standing certificate is filed herewith.

There are no disciplinary proceedings against me in any state or federal court.

I have successfully completed the Attorney Admission Tutorial, pursuant to Local Rule 11.1(E), and have reviewed the CM/ECF Attorney User's Guide.

WHEREFORE, I, J. Stephen Simms, hereby request this Court enter an Order granting

/

/

/

/

- 2 -

my admission to the Northern District of Florida *Pro Hac Vice* for this case.

Dated: September 1, 2021.

                                              /s/  J. Stephen Simms
                                              J. Stephen Simms
                                              Simms Showers LLP
                                              201 International Circle, Ste. 230
                                              Baltimore, Maryland 21030
                                              Telephone:     (410) 783-5795
                                              Facsimile:     (410) 510-1789
                                              jssimms@simmsshowers.com

Counsel for Dan-Bunkering (America) Inc.