IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
Tallahassee Division

| | |
|---|---|
| Dan-Bunkering (America) Inc., § § Plaintiff, § § vs. § § IChor Oil, LLC, et al., § § Defendant and Garnishees. § | CIVIL ACTION NO.: 1:21-mc-95 |

**ORDER GRANTING**
**MOTION FOR ADMISSION *PRO HAC VICE***

The motion for admission *Pro Hac Vice* of J. Stephen Simms is granted.

The applicant has declared he is a member in good standing of the bar of the State of Maryland, and that his contact information is: Simms Showers LLP, 201 International Circle, Suite 230, Baltimore, Maryland 21030, phone 410-783-5795, facsimile 410-510-1789, e-mail jssimms@simmsshowers.com.

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Dan-Bunkering (America) Inc. in the above entitled action;

IT IS HEREBY ORDERED that Applicant is admitted to practice *Pro Hac Vice* in the above captioned case in the United States District Court for the Northern District of Florida. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:  September ____ , 2021.

_____
United States District/Magistrate Judge