IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

DAN-BUNKERING (AMERICA) INC.,

    Plaintiff,

v.                                                                                           CASE NO. 1:21-mc-95

ICHOR OIL, LLC, et al.,

    Defendant and Garnishees.
_____/

## ORDER

Pending before the Court is a Motion for Leave to Appear *Pro Hac Vice* submitted by J. Stephen Simms ("Mr. Simms"), as counsel for Plaintiff. ECF No. 2.

Mr. Simms completed the online Attorney Admission Tutorial and he has reviewed the Court's CM/ECF Attorney Use's Guide. ECF No. 2 at 1. Mr. Simms has also paid the necessary filing fee and has submitted a Certificate of Good Standing from the Court of Appeals of Maryland (August 31, 2021). ECF Nos. 1 and 3.

Accordingly, upon due consideration it is **ORDERED**:

The Motion for Leave to Appear *Pro Hac Vice,* ECF No. 2, is **GRANTED.** Mr. Simms is permitted to appear in this action as counsel for Plaintiff and receive electronic filings in this case.

**DONE AND ORDERED** this 3rd day of September 2021.

*s/Gary R. Jones*
GARY R. JONES
United States Magistrate Judge