IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
Gainesville Division

| | |
|---|---|
| Dan-Bunkering (America) Inc., § § Plaintiff, § § vs. § § IChor Oil, LLC, et al., § § Defendant and Garnishees. § | CIVIL ACTION NO.: 1:21-mc-95-AW-GRJ |

## APPLICATION FOR POST-JUDGMENT WRIT OF GARNISHMENT

Judgment Creditor Dan-Bunkering (America) Inc. ("Dan-Bunkering") hereby moves, pursuant to Federal Rule of Civil Procedure 69 and § 77.03, Florida Statutes, for the issuance of a writ of garnishment directed to: **PNC Bank, National Association, 4340 Newberry Road, Gainesville, Florida 32607.**

1. On May 5, 2021, The United States District Court for the Northern District of Texas issued a Final Judgment in favor of Dan-Bunkering and against B & G Futures, Inc. ("B&G") in the amount of $350,000.00.

2. On September 1, 2021, certified copy of the Final Judgment was registered in the United States District Court for the Northern District of Florida, case no. 1:21-mc-95.

3. As of this date, no portion of the final judgment has been satisfied, therefore the amount due as of September 3, 2021 is $350,000.00.

## LEGAL AUTHORITY

4. Pursuant to Rule 69, the Court follows state law with regard to garnishment procedures. Plaintiff is entitled to a writ of garnishment pursuant to § 77.01, *et seq.*, Florida Statutes. Section 77.01 provides that "every person or entity who has sued to recover a debt or has recovered judgment in any court against any person or entity has a right to a writ of

garnishment …" To obtain issuance of the writ, Plaintiff must file a motion setting forth the amount of the judgment (§ 77.03, Fla. Stat.), which this Motion does. Moreover, the Florida Supreme Court has held that a plaintiff is entitled to issuance of a post-judgment writ of garnishment upon motion and without notice or hearing. *United Presidential Life Ins. Co. v. King*, 361 So. 2d 710, 713 (Fla. 1978) ("neither due process . . . nor any provision of the Florida Constitution requires prior notice to a judgment debtor and a hearing before a writ of garnishment may issue").

4. A copy of the proposed Writ of Garnishment to **PNC Bank, National Association** is attached hereto as Exhibit "A."

5. Dan-Bunkering further moves the Court to specially appoint J. Stephen Simms, or any other qualified person appointed by him, to serve the writ of garnishment.

WHEREFORE, Plaintiff respectfully requests this Court order the Clerk to issue a writ of garnishment to PNC Bank, National Association immediately, without further notice or hearing thereon, and to appoint J. Stephen Simms, or any other qualified person appointed by him, to serve the writ of garnishment.

Dated:   September 3, 2021.

/s/  J. Stephen Simms
J. Stephen Simms (admitted *pro hac vice*)
Simms Showers LLP
201 International Circle, Ste. 230
Baltimore, Maryland 21030
Telephone:     (410) 783-5795
Facsimile:      (410) 510-1789
jssimms@simmsshowers.com

Counsel for Dan-Bunkering (America) Inc.