UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

| | |
|---|---|
| DAN-BUNKERING (AMERICA), INC. ) | |
| ) | CASE NO. 1:21-mc-95-AW-GRJ |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| JCHOR OIL, LLC, et al., ) | |
| ) | |
| Defendants and Garnishees, ) | |

RESPONSE OF GARNISHEE PNC BANK, N.A.
TO WRIT OF GARNISHMENT

PNC Bank, N.A. ("PNC") responds to Plaintiff's Writ of Garnishment served on PNC on September 9, 2021 as follows: PNC Bank is currently holding the account of Defendant/Garnishee, B & G Futures, Inc. with a current balance of $103,290.39.

I declare under penalty of perjury that the foregoing is true and correct.

Date: September 10, 2021

*Amy Sanovich*
Amy Sanovich, Bank Officer

## CERTIFICATE OF SERVICE

Garnishee's Response to the Writ of Garnishment was served via Federal Express on September 10, 2021 to the following:

United States District Court
Northern District of Florida
Gainesville Division
ATTN: Clerk of Civil Court
United States Courthouse
401 SE First Avenue
Gainesville, Florida   32601
(352) 380-2400


J. Stephen Simms, Esq.
Simms Showers LLP
201 International Circle
Suite 230
Baltimore, MD  21030
(443) 290-8704



ORIGIN ID:CLEA  (216) 257-5793
KOTI RAVI
PNC BANK
4100 W 150TH ST
B7-YB17-01-B
CLEVELAND, OH 44135
UNITED STATES US

SHIP DATE: 10SEP21
ACTWGT: 0.50 LB
CAD: 251289716/WSXI3400

BILL SENDER

TO  ATTN CLERK OF CIVIL COURT
UNITED STATES DISTRICT COURT
401 SE 1ST AVE

GAINESVILLE FL 32601
(352) 380-2400       REF: 000012013611
INV
PO                    DEPT:





MON - 13 SEP 4:30P
STANDARD OVERNIGHT

TRK# 2835 5343 9640
0201

32601
FL-US  JAX

XH GNVA



